396 A.2d 47

Commonwealth v. Restifo, Appellant.

Argued December 14, 1977. J. Restifo, with him Arthur S. Klein, for appellant; R. Williamson, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Conviction affirmed. Judgment of sentence is vacated, and the case is remanded for entry of a sentence consistent with Sections (3)(a)(3) and (c)(2) of The Vehicle Code, Act of June 17, 1976, P.L. 162, No. 81.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.